# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

JESSE L. FARMER, JR.      PLAINTIFF
ADC #166000

v.     4:19-CV-00889-LPR

WALKER, *et al*.     DEFENDANTS

## **JUDGMENT**

Pursuant to the Order filed on December 19, 2019, it is considered, ordered, and adjudged that Plaintiff Jesse L. Farmer Jr.'s Complaint is dismissed without prejudice. This dismissal counts as a "strike." The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

So adjudged this 19th day of December, 2019.

                                     Lee P. Rudofsky
                                     UNITED STATES DISTRICT JUDGE